FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2007 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

JOHN E. McBRIDE,

        Plaintiff,

-against-

UNITED STATES POSTAL SERVICE,

        Defendant.
───────────────────────────────X

CIVIL JUDGMENT

07-CV-0446 (NG)

Pursuant to the Court's order issued on _June 29, 2007_ dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B); 2680(b). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

                S/N.G.
                _____
                **NINA GERSHON**
                **United States District Judge**

**Dated:** Brooklyn, New York
       June 29, 2007